UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROGER O. PEDERSON** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**STEVEN C. PRESTON** )<br>**Administrator, Small Business** )<br>**Administration,** )<br>)<br>**Defendant.** )<br>_____) | Civ. No. 06-1418 (RCL) |

## ORDER

Plaintiff has failed to comply with the Court's Order of November 9, 2006. This case is hereby DISMISSED without prejudice.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, December 11, 2006.