UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON<br>689 Lafayette Road, B5-A9<br>Seabrook, NH 03874<br>(603) 474-2866<br><br>       Plaintiff,<br><br>v.<br><br>STEVEN C. PRESTON,<br>Administrator, Small Business Administration<br>409 Third Street, SW<br>Washington, DC 20416<br><br>       Defendant. | Case: 1:06CV01418 - RCL<br><br>RECEIVED<br>DEC 1 5 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### AFFIDAVIT OF SERVICE

I, Roger O. Pederson, mailed the summons and complaint certified mail to U.S. ATTORNEY GENERAL, 950 Pennsylvania Avenue, NW, Washington, DC 20530, on October 18, 2006.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY GENERAL
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
OCT 1 8 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0004 9662 3327

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

          689 Lafayette Road, B5-A9
          Seabrook, NH 03874
          (603) 474-2866
          Plaintiff Pro Se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROGER O. PEDERSON            )
689 Lafayette Road, B5-A9    )
Seabrook, NH 03874           )
(603) 474-2866               )
                 Plaintiff,  )
                             )
        v.                   )   Case: 1:06CV01418 - RCL
                             )
STEVEN C. PRESTON,           )
Administrator, Small Business Administration )
409 Third Street, SW         )
Washington, DC 20416         )
                             )
                 Defendant.  )
_____)

RECEIVED
DEC 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, Roger O. Pederson, mailed the summons and complaint certified mail to U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA, 555 Fourth Street, NW, Washington, DC 20530, on October 18, 2006.

[Domestic Return Receipt card, PS Form 3811, addressed to:
U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA, 555 FOURTH ST, NW, WASHINGTON, DC 20530
Article Number: 7006 0100 0004 9662 3334
Certified Mail, Received OCT 1 8 2006]

(603) 474-2866
Plaintiff Pro Se