UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON<br>689 Lafayette Road, B5-A9<br>Seabrook, NH 03874<br>(603) 474-2866<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>STEVEN C. PRESTON,<br>Administrator, Small Business Administration<br>409 Third Street, SW<br>Washington, DC 20416<br>　　　　　　　　　Defendant. | Case: 1:06CV01418 - RCL<br><br>RECEIVED<br><br>DEC 1 5 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### AFFIDAVIT OF SERVICE

I, Roger O. Pederson, mailed the summons and complaint certified mail to STEVEN C. PRESTON, Administrator, Small Business Administration, 409 Third Street, SW, Washington, DC 20416, on October 18, 2006.

The Green Card was not returned. See attachment of tracking record of delivered item by certified mail.



Roger O. Pederson
689 Lafayette Road, B5-A9
Seabrook, NH 03874
(603) 474-2866
Plaintiff Pro Se



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7006 0100 0004 9662 3310
Status: Delivered

Your item was delivered at 8:21 am on October 23, 2006 in WASHINGTON, DC 20416.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          10/30/2006