UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1418 (RCL) |
| STEVEN C. PRESTON, | ) |
| Administrator, Small Business Administration | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING**

In accordance with Federal Rule of Civil Procedure 6(b)(1), defendant, Steven Preston, Administrator, Small Business Administration, by and through undersigned counsel, respectfully requests that the Court extend the time by which the defendant shall respond to Plaintiff's Complaint until January 30, 2007. The answer is otherwise due on Tuesday, December 26, 2006. This is defendant's first request for an extension to answer or otherwise plead. Because plaintiff is proceeding *pro se*, Local Rule 7(m) does not apply to this motion; however, defendant has left a voice mail message as to the relief requested. See Local Civil Rule 7(m).

The plaintiff brought this employment discrimination action against the Small Business Administration (SBA). This extension will allow counsel for Defendant to properly confer with the SBA and to further investigate and review all of the facts and circumstances surrounding the allegations in the complaint.

Accordingly, the federal Defendant's request for an extension of time until January 30, 2007, to respond to Plaintiff's Complaint, is made for good cause shown and not to cause undue

delay of the proceedings.

          Respectfully submitted,

          /s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

          /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

          /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

Counsel for Defendant

## **CERTIFICATE OF SERVICE**

     I certify that the foregoing Motion for Extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Roger O. Pederson
689 Lafayette Road, B5-A9
Seabrook, NH 03874

PRO SE

on this   26th   day of December, 2006.

 

_____
Heather Graham-Oliver