UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROGER O. PEDERSON,** | ) |
| | ) |
| **Pro se Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1418 (RCL) |
| **STEVEN C. PRESTON,** | ) |
| **Administrator, Small Business Administration** | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

In accordance with Federal Rule of Civil Procedure 6(b)(1), defendant, Steven Preston, Administrator, Small Business Administration, by and through undersigned counsel, respectfully requests that the Court extend the time by which the defendant shall respond to Plaintiff's Complaint until fourteen (14) days after this Court enters an order to re-instate the aforementioned action. The answer is otherwise due on Tuesday, January 30, 2007. Because plaintiff is proceeding *pro se*, Local Rule 7(m) does not apply to this motion; however, defendant has left a voice mail message as to the relief requested. See Local Civil Rule 7(m).

*Pro se* plaintiff brought this employment discrimination action against the Small Business Administration (SBA) on or about August 10, 2007. See PACER DKT. Entry # 1. Thereafter, on November 9, 2006, this Court ordered that Plaintiff "shall, within the next ten (10) days, file with the Clerk of Court either proof of service or a status memorandum indicating all steps taken to date to effect service." See PACER DKT. Entry # 2. On December 11, 2006, the Court dismissed the case without prejudice for failure to comply with the November 9, 2006, Court order. See PACER DKT. Entry # 3. Thereafter, there was a return of service on the Attorney General, the U.S. Attorney and the SBA. See PACER DKT. Entry # 4 & 5. However,

Plaintiff has failed to request that the Court re-instate the case. In the alternative, plaintiff has not re-filed the case in the District Court. Accordingly, counsel requests that the Court extend the time by which the Defendant shall respond to Plaintiff's Complaint until fourteen (14) days after this Court enters an order to properly re-instate the aforementioned action.

This request is made for good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I certify that the foregoing Motion for Extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Roger O. Pederson
689 Lafayette Road, B5-A9
Seabrook, NH 03874

PRO SE

on this ___30th___ day of January, 2007.

_____
Heather Graham-Oliver