UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROGER O. PEDERSON,** | ) |
| | ) |
| **Pro se Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1418 (RCL) |
| **STEVEN C. PRESTON,** | ) |
| **Administrator, Small Business Administration** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

_____This matter comes before the Court on Defendant's Motion for Extension of Time. Upon consideration of the Motion, it is by the Court this ____ day of _____, 2007 hereby

ORDERED that Defendant's Motion for Extension of Time is hereby GRANTED;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE