UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
FEB 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ROGER O. PEDERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1418 (RCL) |
| STEVEN C. PRESTON, Administrator, Small Business Administration | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION TO REOPEN CASE

Pro se plaintiff, Roger Pederson, respectfully requests that the Court reopen this case that it dismissed without prejudice by its order of December 11, 2006, for Plaintiff's failure to comply with its November 9, 2006 order that the Plaintiff, within 10 days of the November order, file with the Clerk of the Court either proof of service or status memorandum indicating all steps then taken to effect service. The plaintiff did not receive either of the Court's orders at the time they were issued, but first became aware of them upon his receipt of Defendant's Second Motion for Extension of Time to File Responsive Motion, dated January 30, 2007, which therein made reference to the orders. On February 8, 2007, Plaintiff contacted Court Room Deputy Clerk Robert Elliott to inquire about the orders' mailings and was informed by Mr. Elliott that Court records indicated that the orders did not get sent out to the plaintiff. The plaintiff subsequently received copies of the orders by mail on February 10, 2007.

The plaintiff filed his complaint by FedEx to the Court on August 9, 2006, and after Plaintiff completed extensive travel assignments in Seattle, Washington, D.C., Denver, and Des Moines, August 14 through October 13 in connection with his position as a bank examiner,

mailed the summons and complaint to Defendant (copies to SBA, U.S. Attorney, and U.S. Attorney General) on October 18, 2006. After providing Defendant SBA reasonable time to return the certified mail's Green Card, combined with completing his next travel assignment in San Francisco November 6 through December 8, the plaintiff filed his Affidavit of Service with the Court on December 15, 2006, in person while on travel assignment that week in Washington, D.C. The plaintiff's Affidavit of Service was filed still without receipt of an SBA returned Green Card, but with a copy of the Postal Service tracking record showing that SBA received the summons and complaint mailing. The plaintiff has complied with filing and service requirements for his complaint. Accordingly, the plaintiff respectfully requests that the Court reopen this case.

Respectfully submitted,

FEB. 13, 2007
Date

Roger O. Pederson
Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON,<br><br>                Plaintiff,<br><br>v.<br><br>STEVEN C. PRESTON,<br> Administrator, Small Business Administration<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1418 (RCL)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On Plaintiff's Motion to Reopen Case, it is ORDERED that Plaintiff's motion is hereby GRANTED.

_____                                  _____
  Date

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, a copy of my Motion to Reopen Case was mailed to the Defendant's counsel of record, Heather Graham-Oliver, addressed as follows:

Heather Graham-Oliver
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Roger O. Pederson
689 Lafayette Road, B5-A9
Seabrook, NH 03874