UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROGER O. PEDERSON**  )  <br>                                                    )  <br>    **Plaintiff,**                          )  <br>                                                    )  <br>            v.                                   )     Civ. No. 06-1418 (RCL)  <br>                                                    )  <br>**STEVEN C. PRESTON**            )  <br>**Administrator, Small Business**  )  <br>**Administration,**                     )  <br>                                                    )  <br>    **Defendant.**                       )  <br>_____)| |

## ORDER

On plaintiff's Motion [9] to Reopen Case, it is ORDERED that plaintiff's Motion is hereby

GRANTED, and the Complaint herein is reinstated. Defendant's two motions [7 & 8] for extension of time to respond are GRANTED, and defendant shall respond no later than 14 days from this date.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 21, 2007.