UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROGER O. PEDERSON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1418 (RCL) |
| | ) | ECF |
| STEVEN C. PRESTON, | ) | |
| Administrator, U.S. Small Business | ) | |
| Administration, | ) | |
| | ) | |
|    Defendant. | ) | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Steven C. Preston, Administrator of the United States Small Business Administration ("SBA" or "Agency"), by and through Counsel and hereby answers the Plaintiff's as follows:

**AFFIRMATIVE DEFENSES**

**First Defense**

The Complaint fails to state a claim upon which relief can be granted.

**Second Defense**

Plaintiff is not entitled to a jury trial with respect to his age discrimination claims.

**Third Defense**

In response to the numbered paragraphs of the Complaint, defendant admits, denies, and avers as follows:

    1.    In response to paragraph 1 of the Complaint, defendant denies the allegations in the first sentence; the remainder of this paragraph contains plaintiff's characterization of the case

and legal conclusions, to which no response is required. To the extent a response may be deemed necessary, deny.

2. In response to paragraph 2 of the Complaint, this paragraph contains plaintiff's characterization of the case and legal conclusions, to which no response is required. To the extent a response may be deemed necessary, deny.

3. In response to paragraph 3 of the Complaint, defendant admits, upon information and belief, that plaintiff's date of birth is March 19, 1950, and that he was employed with SBA from 1998 to 2004; defendant is without knowledge or information sufficient to form a belief as to plaintiff's citizenship, and therefore denies same.

4. In response to the first and third sentences in paragraph 4 of the Complaint, defendant admits the allegations therein. In response to the second sentence in paragraph 4, this sentence contains plaintiff's characterization of the case, to which no response is required.

5. In response to paragraph 5 of the Complaint, defendant admits the allegations contained therein.

6. In response to paragraph 6 of the Complaint, defendant admits the allegations contained therein.

7. In response to the fourth sentence in paragraph 7 of the Complaint, defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies same. In response to the sixth sentence, defendant avers that the selectee was 37 years-old at the time of the selection and admits that she is female and, upon information and belief, that she is Hispanic; defendant denies the remaining allegations

contained in the sixth sentence.  In response to the remaining sentences in paragraph 7, defendant admits, upon information and belief, the allegations contained therein.

8.	In response to the first sentence in paragraph 8 of the Complaint, defendant denies the allegations contained therein.  In response to the second sentence, defendant denies that plaintiff's tenure as an Examiner was three years, and admits the remaining allegations in the second sentence.  In response to the third and fourth sentences in paragraph 8, defendant admits upon information and belief that plaintiff was a CPA and a licensed attorney and that the selectee was not a CPA or a licensed attorney and did not have a degree in accounting, but denies that plaintiff's CPA accreditation or law degree were necessarily "relevant to the Position" insofar as neither degree was required for the position, and there is no indication that plaintiff's CPA accreditation or law degree encompassed the program-specific knowledge that was relevant to the position, as identified in the subject position description's Quality Ranking Factors.

9.	In response to paragraph 9 of the Complaint, defendant denies the allegations contained therein.

10.	In response to the first sentence in paragraph 10 of the Complaint, defendant admits that the subject position generally entailed an obligation to serve as Acting Director of SBIC Examinations in the Director's absence.  In response to the second sentence, defendant denies the allegations contained therein; the position of Director of SBIC Examinations is filled through the competitive selection process, and thus occupying the Examiner position would not "lead to subsequent promotion" to the Director position.  Defendant admits the allegations in the third sentence.

11.     In response to the first and fourth sentences in paragraph 11 of the Complaint, these sentences contain plaintiff's legal conclusions, to which no response is required. Defendant admits the allegations contained in the second and third sentences.

12.     In response to paragraph 12 of the Complaint, defendant denies the allegations contained therein.

* * *

The allegations contained in the prayer for relief require no response. To the extent that a response is deemed necessary, however, defendant denies that plaintiff is entitled to the relief requested or to any relief whatsoever. Defendant denies all allegations contained in the Complaint that he has not specifically admitted.

WHEREFORE, having fully answered the Complaint, defendant hereby requests that this Court dismiss plaintiff's Complaint and enter an order providing defendant with all appropriate relief and remedies as may be deemed just and proper.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

Of Counsel:
ANDREA L. MAYER
Trial Attorney
U.S. Small Business Administration
409 Third St., S.W., Suite 7200
Washington, D.C. 20416
(202) 205-6876
(202) 481-0210 FAX

5

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Answer was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Roger O. Pederson
689 Lafayette Road, B5-A9
Seabrook, NH 03874
(603) 474-2866


on this 7th day of April, 2007.


/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney