UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROGER O. PEDERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1418 (RCL) |
| **STEVEN C. PRESTON,** | ) |
| **Administrator, Small Business Administration** | ) |
| | ) |
| **Defendant.** | ) |

NOTICE OF FILING

    Defendant hereby gives notice of the filing of the attached Joint Proposed Scheduling Order.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Filing has been served by electronic mail and U.S. mail, postage prepaid, this 11th day of June 2007 to:

Roger O. Pedderson
689 Lafayette Road, B5-A9
Seabrook, NH 03874
**pedersonr@comcast.net**

_____
HEATHER D. GRAHAM-OLIVER