UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROGER O. PEDERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1418 (RCL) |
| **STEVEN C. PRESTON,** | ) |
| **Administrator, Small Business Administration** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT PROPOSED SCHEDULING ORDER

It is hereby ORDERED that:

(1) Discovery will close on February 6, 2008;

(2) Defendants will file a Motion for Summary Judgment by March 6, 2008;

(3) Plaintiff will file an opposition to Defendants' Motion for Summary Judgment by April 7, 2008;

(4) Defendant will file a reply to Plaintiff's Opposition by April 21, 2008;

(5) Expert discovery will end on January 20, 2007;

(6) Plaintiff's expert report shall be due on November 1, 2007; and

(7) Defendant's expert report shall be due on December 1, 2007.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____, 2007.

cc:

HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530


ROGER O. PEDERSON
689 Lafayette Road
Apartment B5-A9
Seabrook, NH 03874

_____