UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROGER O. PEDERSON**             ) | |
|                                                            ) | |
|    **Plaintiff,**                              ) | |
|                                                            ) | |
|            v.                                       ) | Civ. No. 06-1418 (RCL) |
|                                                            ) | |
| **STEVEN C. PRESTON**             ) | |
| **Administrator, Small Business** ) | |
| **Administration,**                        ) | |
|                                                            ) | |
|    **Defendant.**                           ) | |
| _____) | |

## SCHEDULING ORDER

It is hereby ORDERED that:

1. Discovery will close on February 6, 2008;

2. Defendants will file a Motion for Summary Judgment by March 6, 2008;

3. Plaintiff will file an opposition to defendants' Motion for Summary Judgment by April 7, 2008;

4. Defendant will file a reply to plaintiff's opposition by April 21, 2008;

5. Expert discovery will end on January 20, 2008;

6. Plaintiff's expert report shall be due on November 1, 2007;

7. Defendant's expert report shall be due on December 1, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 5, 2007.