IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1418 (RCL) |
| STEVEN C. PRESTON, | ) |
| Administrator, Small Business Administration | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Civil Rule 5.1(e), Plaintiff Roger O. Pederson herein provides notice of his change of address as follows:

New address:
689 Lafayette Road, B5-A12
Seabrook, NH 03874


Former address:
689 Lafayette Road, B5-A9
Seabrook, NH 03874


Date: November 13, 2007

Respectfully submitted,

_____
Roger O. Pederson
689 Lafayette Road, B5-A12
Seabrook, NH 03874
(603) 474-2866

Pro Se

**RECEIVED**

NOV 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Change of Address was served upon Defendant by depositing a copy of it in the U.S. Mail, postage prepaid, address to:

Heather Graham-Oliver
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

on this 13th day of November, 2007.

_____
Roger O. Pederson
689 Lafayette Road, B5-A12
Seabrook, NH  03874

PRO SE