UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) Civil Action No. 06-1418 (RCL) | |
| STEVEN C. PRESTON, ) | |
| Administrator, Small Business Administration ) | |
| ) | |
| Defendant. ) | |
| ) | |

**FILED**
NOV 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PLAINTIFF'S MOTION FOR ISSUANCE OF SUBPOENA

Pro se plaintiff, Roger Pederson, respectfully requests that the Court issue a subpoena commanding Jeffery D. Pierson to appear at the taking of a deposition. Jeffery D. Pierson was the selecting official in actions underlying this case, and as such, his deposition may provide relevant evidence in this case.

Respectfully submitted,

11/28/2007
Date

Roger O. Pederson
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2007, a copy of my Motion for Issuance of Subpoena was mailed to the Defendant's counsel of record, Heather Graham-Oliver, addressed as follows:

Heather Graham-Oliver
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

*(signature)*
Roger O. Pederson
689 Lafayette Road, B5-A12
Seabrook, NH 03874