UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1418 (RCL) |
| STEVEN C. PRESTON, | ) |
| Administrator, Small Business Administration | ) |
| | ) |
| Defendant. | ) |
| | ) |

FILED
DEC - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

On Plaintiff's attached Motion for Issuance of Subpoena commanding Jeffery D. Pierson to appear at the taking of a deposition, it is ORDERED that Plaintiff's motion is hereby GRANTED.

12/6/07
Date

Royce C. Lamberth
U.S.D.J.