UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN C. PRESTON, ADMINISTRATOR, )<br>SMALL BUSINESS ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No.: 06-1418 (RCL) |

## PARTIES' JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

Roger O. Pederson, Plaintiff in this case, and Steven C. Preston, Administrator, Small Business Administration, Defendant in this case, jointly request entry of a Stipulated Protective Order to protect documents and information that have been designated, or may be designated, by the parties from public disclosure. The parties have reason to believe that certain material in this case, including information to be exchanged in discovery and possibly information that will become evidence in this case, is covered by the Privacy Act and/or Trade Secrets Act. Accordingly, a protective order will facilitate the parties' efforts, including during ongoing discovery, to access all relevant material without violating the privacy or proprietary interests of the parties or other individuals mentioned in the covered materials.

A proposed order is attached and it sets forth the procedures to be followed by the parties when exchanging covered material and also when filing it with the Court.

Respectfully submitted,

_____
ROGER O. PEDERSON
689 Lafayette Road, #B5-A12
Seabrook, NH 03874
(Pro se Plaintiff)

Dated: _January 21, 2008_

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
JOHN G. INTERRANTE, PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220; (202) 514-8780 (fax)
John.Interrante@usdoj.gov
(Counsel for Defendant)

Dated: _January 18, 2008_