UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-1418 (RCL) |
| ) | |
| v. ) | |
| ) | |
| STEVEN C. PRESTON, ADMINISTRATOR, ) | |
| SMALL BUSINESS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

### PARTIES' JOINT MOTION FOR AMENDED SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and LCvR 16.4, Plaintiff, Roger O. Pederson, and Defendant, Steven C. Preston, Administrator, Small Business Administration, jointly move the Court to amend the Scheduling Order entered in this case on July 5, 2007 (Document 15), and extend the February 6, 2008 discovery deadline by three months to, and including, May 6, 2008. This is the first request for an amendment to the Court's Scheduling Order. A proposed Scheduling Order adjusting the existing discovery deadline, and schedule for briefing dispositive motions is attached.

This amendment is necessary because the parties continue to address issues related to Plaintiff's first set of interrogatories and request for production of documents received by Defendant on November 19, 2007. Plaintiff generously agreed to an extension of time to, and including, January 31, 2008, for Defendant to respond to the requests. In the interim, the parties submitted a Joint Motion for Stipulated Protective Order to allow disclosure of certain information covered by the Privacy Act and/or Trade Secrets Act. Plaintiff has consented to an additional ten days for

Defendant to respond to the requests due, in part, because undersigned counsel and agency counsel have separately been on sick leave with the flu in the past week.[1]

The extension of the discovery deadline until May 6, 2008, will also allow the parties sufficient time to schedule the depositions discussed by the parties, and any additional depositions that may be deemed necessary, consistent with the schedules of the parties and counsel, and to propound any additional discovery that may be required. The parties agree that dispositive motions should be filed within 30 days of the discovery cutoff, an opposition within 30 days, and a reply within 21 days. The proposed scheduling order reflects these dates.[2]

---

[1] Undersigned counsel for Defendant entered a substitution of counsel in this case on November 28, 2007, and, upon further review of the case file, has determined that it may be appropriate to amend the answer. Counsel for Defendant has advised Plaintiff of our intention to seek leave of court to file an amended answer, and requested permission to include a 30-day deadline in the scheduling order. However, Plaintiff refused to consent to this request.

[2] Undersigned counsel for Defendant advised Plaintiff that he is handling at least four employment discrimination cases that will be in active discovery as the same time as the discovery in this case, and during the briefing schedule. Counsel requested consent to a 60-day period of time to file a dispositive motion, but Plaintiff refused to consent. Defendant reserves its right to make such a request at the appropriate time, if additional time is needed.

WHEREFORE, the parties jointly request a 3-month extension of the discovery period, and further adjustment of the dates in the Court's original scheduling order, as requested herein.

Respectfully submitted,

_____  
ROGER O. PEDERSON  
689 Lafayette Road, #B5-A12  
Seabrook, NH 03874  
(Pro se)

Dated: February 5, 2008

_____  
JEFFREY A. TAYLOR, D.C. Bar # 498610  
United States Attorney

_____  
RUDOLPH CONTRERAS, D.C. Bar # 434122  
Assistant United States Attorney

_____  
JOHN G. INTERRANTE, PA Bar # 61373  
Assistant United States Attorney  
Civil Division, Room E-4806  
555 4th Street, N.W.  
Washington, D.C. 20530  
(202) 514-7220; (202) 514-8780 (fax)  
John.Interrante@usdoj.gov  
(Counsel for Defendant)

Dated: February 5, 2008