UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROGER O. PEDERSON, )
)
Plaintiff, ) Civil Action No.: 06-1418 (RCL)
)
v. )
)
STEVEN C. PRESTON, ADMINISTRATOR, )
SMALL BUSINESS ADMINISTRATION, )
)
Defendant. )

## AMENDED SCHEDULING ORDER

Upon Consideration of Parties' Joint Motion for Amended Scheduling Order, the entire record herein, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's Scheduling Order entered on July 5, 2007, is further amended, as follows:

1. Discovery shall be concluded by May 6, 2008.

2. Defendant shall respond to Plaintiff's first set of interrogatories and requests for production of documents by February 11, 2008.

3. Dispositive motions shall be filed by June 6, 2008, oppositions by July 7, 2008, and replies by July 28, 2008.

4. A pretrial conference will be set by the Court within 30 days after a ruling on the dispositive motions.

It is **SO ORDERED** this _____ day of February, 2008.

_____
Royce C. Lamberth
United States District Judge

Copies to:

Counsel of record by ECF and address of record