UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROGER O. PEDERSON**        )<br>                                                        )<br>    **Plaintiff,**                           )<br>                                                        )<br>              v.                                     )     Civ. No. 06-1418 (RCL)<br>                                                        )<br>**STEVEN C. PRESTON**           )<br>**Administrator, Small Business** )<br>**Administration,**                      )<br>                                                        )<br>    **Defendant.**                        )<br>_____) | |

### AMENDED SCHEDULING ORDER

Upon consideration of Parties' Joint Motion [22] for Amended Scheduling Order, it is hereby

ORDERED that the motion is GRANTED. It is further hereby

ORDERED that the Court's Scheduling Order entered on July 5, 2007 is further amended as follows:

1. Discovery will close on May 6, 2008;

2. Defendant shall respond to Plaintiff's first set of interrogatories and requests for production of documents by February 11, 2008;

3. Dispositive motions shall be filed by June 6, 2008, oppositions by July 7, 2008, and replies by July 28, 2008;

4. A status conference will be set by the Court within 30 days after a ruling on dispositive motions, at which time dates will be set for pretrial and trial.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, February 6, 2008.