UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROGER O. PEDERSON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**STEVEN C. PRESTON, ADMINISTRATOR,** )<br>**SMALL BUSINESS ADMINISTRATION,** )<br>)<br>Defendant. )<br>) | Civil Action No.: 06-1418 (RCL) |

## ORDER

Upon Consideration of Defendant's First Motion for Enlargement of Time to Respond to Motion to Compel, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants shall respond to the motion to compel by March 19, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

_____
Royce C. Lamberth
United States District Judge