UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ROGER O. PEDERSON,** | ) |
| Plaintiff, | ) Civil Action No.: 06-1418 (RCL) |
| v. | ) |
| **STEVEN C. PRESTON, ADMINISTRATOR, SMALL BUSINESS ADMINISTRATION,** | ) |
| Defendant. | ) |

## ORDER

Upon Consideration of Defendant's First Motion for Enlargement of Time to Respond to Motion to Compel, the opposition thereto, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants shall respond to the motion to compel by March 19, 2008, *nunc pro tunc*, and the opposition lodged shall be deemed timely filed.

It is **SO ORDERED** this  eighth  day of April , 2008.

/s/
Royce C. Lamberth
United States District Judge