689 Lafayette Road, B5-A12
Seabrook, NH 03874

March 31, 2008

Clerk's Office
United States District Court
 for the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

RE: Civil Action No. 06-1418 (RCL)

Dear Court Clerk:

I am requesting substitution of specific pages that I originally included with a motion I filed as plaintiff in the above referenced case of Roger O. Pederson v. Steven C. Preston, Administrator, Small Business Administration, with pages that are enclosed herein. This request is based on correspondence I have had with defendant's counsel and my agreement with him to redact certain information per his request, from an exhibit that was originally included in my motion. Specifically, my filing of Plaintiff's Motion to Compel Discovery, dated February 25, 2008, included Exhibits A through Exhibit E. For Exhibit B, and its *Defendant's Response to First Set of Interrogatories,* please replace the first three pages of that Exhibit B with the enclosed three pages. (The cover page of Exhibit B is enclosed to help identify location of the exhibit within the referenced motion.)

Please contact me either at my address listed above or phone number 603-474-2866 if you have any questions regarding this requested change.

Sincerely,

*[signature]*

Roger O. Pederson

Enclosures

cc: John Interrante
 Assistant United States Attorney
 Civil Division, E-4806
 555 Fourth Street, N.W.
 Washington, D.C. 20530

RECEIVED

APR 2 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Exhibit B

*Defendant's Response to Plaintiff's First Set of Interrogatories, and*

*Defendant's Response to Plaintiff's First Request for Production of Documents*

*(omitting contents of Defendant provided Document Request #4 Position*

*Description, and*

*Document Production #19 Code of Conduct & Ethics Policy)*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-1418 (RCL) |
| ) | |
| v. ) | |
| ) | |
| STEVEN C. PRESTON, ADMINISTRATOR, ) | |
| SMALL BUSINESS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S
### FIRST SET OF INTERROGATORIES

Defendant Steven C. Preston, Administrator, U.S. Small Business Administration ("SBA"), through his undersigned counsel, hereby responds to Plaintiff's First Set of Interrogatories.

### GENERAL OBJECTIONS AND QUALIFICATIONS

1. Defendant objects to Plaintiff's First Set of Interrogatories to the extent that any inquiry seeks information protected by the attorney-client privilege, or any other evidentiary privilege, or is conditionally protected under the work-product doctrine.

2. Defendant objects to Plaintiff's First Set of Interrogatories to the extent that any inquiry seeks information not reasonably calculated to lead to the discovery of admissible evidence.

3. Defendant objects to Plaintiff's First Set of Interrogatories to the extent that any inquiry seeks to have Defendant create documents that do not exist.

4. Defendant objects to all discovery to the extent that it seeks information that is protected from disclosure pursuant to the deliberative process privilege, which

protects agency deliberations leading to any final decision, policy or rulemaking.

5. Defendant objects to all discovery that is unreasonably cumulative or duplicative, or is equally or already, available to Plaintiff.

6. Defendant objects to any inquiry that seeks information which, if disclosed, would violate a statute or regulation.

## INTERROGATORIES

**Interrogatory No. 1: State the names, titles, addresses and phone numbers of each and every person that you believe has knowledge of discoverable matters relative to this action, and the substance of this knowledge.**

Response: Defendant objects to this interrogatory to the extent that it is unreasonably cumulative or duplicative, or requests information that is equally or already, available to Plaintiff. Defendant has previously provided the requested information to Plaintiff in the Report of Investigation in SBA Case No. 05-03-22 (the "ROI"). Without waiving these objections, Defendant responds as follows:

1. Harry Haskins, Deputy Associate Administrator, U.S. Small Business Administration, Investment Division, 409 3Rd Street SW, 6th Floor, Washington, DC 20416. Mr. Haskins conducted the interviews.

2. Charles Metzger, former Director, Investment Division, retired from SBA. Mr. Metzger's last known address was ▇▇▇▇▇▇▇▇▇▇ and his phone number was ▇▇▇▇▇▇. Mr. Mezger conducted the interviews.

3. Jeffrey Pierson, former Associate Administrator, Investment Division. Mr. Pierson is no longer with SBA and SBA was unable to obtain a home address or phone number. The last known business address and phone number for Mr. Pierson were: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Mr. Pierson was the selecting official.

4. Roger Pederson, Plaintiff, 689 Lafayette Road, B5-A12, Sea brook, NH 03874.

5. Jose Mendez, former Human Resource Specialist, assisted Mr. Mezger with the Knowledge, Skills and Abilities (KA) and the crediting plan.

2

      6.      Peggy Manspeaker, former Human Resource Specialist, evaluated the applicant's qualifications to determine if they met the minimum qualifications.

**Interrogatory No. 2: Identify each and every document that is in your possession and is related, in whole or part, to the issues raised in this case and these interrogatories, excluding any documents contained in the Report of Investigation.**

Response: Defendant objects to this Interrogatory to the extent that it is vague, overly broad and requests information that is unduly burdensome to produce. Without waiving these objections, Defendant responds that it has identified no additional documents that appear to be responsive to this request.

**Interrogatory No. 3: Identify fully, each and every person whom you expect to call as a witness at trial, by stating separately, for each person, his or her name, title, address, phone number, and the substance of the facts to which each person is to testify:**

Response: Defendant objects to this Interrogatory as unduly burdensome at this time because discovery is ongoing and the SBA has not yet determined who it will call as a witness at trial. Without waiving these objections, and reserving the right to supplement these responses at a later date in accordance with Fed. R. Civ. P. 26(e), Defendant responds as follows:

1. Harry Haskins, Deputy Associate Administrator, U.S. Small Business Administration, Investment Division, 409 3Rd Street SW, 6th Floor, Washington, DC 20416. Mr. Haskins testimony would regard the interviews and his recommendations.

2. Charles Metzger, former Director, Investment Division, retired from SBA. Mr. Mezger's last known address was ▓▓▓▓▓▓▓▓▓▓▓▓ and his phone number was ▓▓▓▓▓▓. Mr. Mezger's testimony would regard the interviews and his recommendations.

3. Jeffrey Pierson, former Associate Administrator, Investment Division. The last known business address and phone number for Mr. Pierson were: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Mr. Pierson's testimony would regard the selection process.