## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Roger O. Pederson, | ) |
| | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 06-1418 (RCL) |
| | ) ECF |
| Steven C. Preston, | ) |
| Administrator, | ) |
| United States Small Business Administration | ) |
| | ) |
|       Defendant. | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney, Megan M. Weis, as counsel of record for Defendant in the above-captioned case.

                                      ___/s/_____  
                                      MEGAN M. WEIS  
                                      Special Assistant United States Attorney  
                                      555 4th St., N.W.  
                                      Washington, D.C. 20530  
                                      (202) 514-5134

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid, to:

ROGER O. PEDERSON <u>pro se</u>
689 Lafayette Road, #B5-A12
Sea brook, NH 03874

on this 6th day of May, 2008.

                                              ___/s_____
                                              MEGAN M. WEIS
                                              Special Assistant United States Attorney