THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Roger O. Pederson, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>Steven C. Preston, )<br>Administrator, )<br>United States Small Business Administration )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06-1418 (RCL)<br>ECF |

## MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

  Defendant, the United States Small Business Administration, through undersigned counsel, respectfully files this motion requesting an enlargement of time, up to and including June 20, 2008, to complete discovery. Presently, discovery is due to be completed by May 6, 2008. Defendant has left a voice mail message with Plaintiff as to the relief requested. See Local Civil Rule 7(m).

  For cause, Defendant states as follows: Undersigned counsel was recently assigned to this case and entered an appearance on May 6, 2008. Undersigned counsel is a newly appointed Special Assistant United States Attorney. This case, in addition to several others, were transferred to undersigned counsel yesterday May 5, 2008, from Defendant's former counsel who is taking extended medical leave. The additional time requested is necessary to review the file and confer with the Agency to determine remaining discovery work to be accomplished and the

respective schedules of parties cited. Accordingly, Defendant respectfully requests an enlargement of time, up to and including June 20, 2008, to complete discovery.

For the foregoing reasons, defendant respectfully requests that this motion for an enlargement of time be granted.

Respectfully submitted,

   /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


   /s/
MEGAN M. WEIS
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Tele: (202) 514-5134

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid, to:

ROGER O. PEDERSON pro se
689 Lafayette Road, #B5-A12
Sea Brook, NH 03874

on this 6th day of May, 2008.

                                                   ___/s_____
                                                 MEGAN M. WEIS
                                                 Special Assistant United States Attorney