**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Roger O. Pederson, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1418 (RCL) |
| | ) ECF |
| Steven C. Preston, | ) |
| Administrator, | ) |
| United States Small Business Administration | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

**UPON CONSIDERATION** of Defendant's motion to enlarge the time to complete

discovery, is hereby **ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the May 6, 2008 deadline to complete discovery is

extended to June 20, 2008.

**SO ORDERED**.

_____
HON. ROYCE C. LAMBERTH
CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.