UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1418 (RCL) |
| STEVEN C. PRESTON, | ) |
| Administrator, Small Business Administration | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## AND ISSUANCE OF SUBPOENA

Pro se Plaintiff, Roger Pederson, respectfully files this motion requesting an enlargement of time, up to and including June 30, 2008, to complete discovery. Plaintiff has discussed with Defendant's counsel the extension, and Defendant's counsel has stated she consents to the proposed extension.

For cause, Plaintiff states as follows: Plaintiff has requested through Defendant's counsel to depose Jeffery D. Pierson, during the period within existing discovery. However, response from Mr. Pierson was delayed. The enlargement of time is requested to provide for the deposition for Mr. Pierson, and sufficient notice to him.

Plaintiff also respectfully requests that the Court issue a subpoena commanding Jeffery D. Pierson to appear at the taking of a deposition. Jeffery D. Pierson was the selecting official in actions underlying this case, and as such, his deposition may provide relevant evidence in this case. Jeffrey D. Pierson is no longer employed by the Defendant. In regard to the subpoena for Mr. Pierson's deposition, Plaintiff respectfully requests that the Court send a copy of the

RECEIVED

JUN 6 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

subpoena to Same Day Process Services, 1322 Maryland Avenue, N.E., Washington, D.C. 20002, so that they may serve Mr. Pierson and provide him with sufficient notice. (Plaintiff will be away on a work assignment in Des Moines, Iowa, June 2 – 13, 2008, and unable to pick-up mail during that time to timely forward it to the process server, to provide for timely notice to Mr. Pierson. Plaintiff consequently makes the request that the Court send a copy of the subpoena directly to the process server.) A pre-addressed stamped envelope is enclosed for mailing to the process server.

Respectfully submitted,

JUNE 4, 2008
Date

Roger O. Pederson
Plaintiff

**From:** "Weis, Megan (USADC)" <Megan.Weis@usdoj.gov>
**To:** <pedersonr@comcast.net>
**Subject:** RE: Deposition dates
**Date:** Monday, June 02, 2008 3:32:24 PM

Hi Mr. Pederson,

I am agreeable to the extension for the purpose of taking Mr. Pierson's deposition. June 27th at 1pm works for myself and agency counsel at the Justice Department my room number is 4817. As I stated before, we have tried to contact Mr. Pierson in the effort to help with scheduling, however have received no response. Would you still like to conduct the deposition of Mr. Mendez on June 17th or 19th? Or would you like to move that back as well?
Thank you,
Megan

**From:** pedersonr@comcast.net [mailto:pedersonr@comcast.net]
**Sent:** Monday, June 02, 2008 3:51 PM
**To:** Weis, Megan (USADC)
**Subject:** Re: Deposition dates

Ms. Weis,

Will the schedule for Jeffrey Pierson's deposition on June 27th at 1:00pm at Justice Department Office be agreeable to you? Also, would extending discovery to June 30, 2008, be agreeable to you? I would like to FedEx the motion and subpoena form to the Court tomorrow for its approval/signature, as time is getting short now even with the extension.

Roger Pederson
cell 978-578-7511

> -------------- Original message --------------
> From: "Weis, Megan (USADC)" <Megan.Weis@usdoj.gov>
>
> Hi Mr. Pederson,
>
> I received your VMM this evening, I have still not heard back from Mr. Pierson regarding his availability and I will be out of the office tomorrow. I am happy to consent to extend discovery until your proposed date of June 27th. If you would prefer, I would be more than willing to ask Mr. Mendez and agency counsel if they available that date as well. Further, yes I would like to hold the depositions at the Justice Department Office, the address to use is 501 3rd St. NW

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, a copy of my Motion for Extension of Time and Issuance of Subpoena was sent by FedEx to the Defendant's counsel of record addressed as follows:

Megan M. Weis
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

 

                                                                                  Roger O. Pederson
                                                                                  689 Lafayette Road, B5-A12
                                                                                  Seabrook, NH 03874

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1418 (RCL) |
| STEVEN C. PRESTON, | ) |
| Administrator, Small Business Administration | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

On Plaintiff's attached Motion for Extension of Time and Issuance of Subpoena commanding Jeffery D. Pierson to appear at the taking of a deposition, it is ORDERED that Plaintiff's motion is hereby GRANTED.

_____          _____
Date                                         Royce C. Lamberth
                                                 United States District Judge