UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROGER O. PEDERSON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civ. No. 06-1418 (RCL) |
| | ) | |
| **STEVEN C. PRESTON** | ) | |
| **Administrator, Small Business** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of plaintiff's Motion [24] to Compel Discovery, defendant's response [26] thereto, applicable law, and the record herein, it is hereby

ORDERED that plaintiff's motion is GRANTED in part and DENIED in part. Specifically, it is

ORDERED that plaintiff's request to compel defendant to provide a full and complete response to Interrogatories Nos. 8–9, 13, 15–18, and 23 is GRANTED; it is further

ORDERED that plaintiff's request to compel defendant to provide a full and complete response to Interrogatories Nos. 5, 10, 19–21, and 24–25 is DENIED; it is further

ORDERED that plaintiff's request to compel defendant to provide a full and complete response to Interrogatory No. 2 is GRANTED in part and DENIED in part.  Interrogatory No. 2 is GRANTED to the extent that defendant has within its possession, custody, or control any relevant documents relating to the issues raised in this case and/or this interrogatory and DENIED with respect to plaintiff's request that defendant be required to submit additional documents responsive to Interrogatory No. 2 that are not currently in defendant's possession,

custody, or control; it is further

ORDERED that plaintiff's request to compel defendant to provide a full and complete response to Interrogatory No. 22 is GRANTED in part and DENIED in part. Interrogatory No. 22 is GRANTED to the extent that defendant has within its possession, custody, or control any relevant documents relating to Mr. Mezger's departure and DENIED with respect to plaintiff's request that defendant be required to submit additional documents responsive to Interrogatory No. 22 that are not currently in defendant's possession, custody, or control; it is further

ORDERED that plaintiff's request to compel defendant to respond in full and/or produce all documents responsive to Requests for Production Nos. 3–4, 7, 12, 14 and 19 is GRANTED; it is further

ORDERED that plaintiff's request to compel defendant to respond in full and/or produce all documents responsive to Requests for Production Nos. 15–18 is DENIED; it is further

ORDERED that plaintiff's unopposed Motion [29] to Substitute Pages is GRANTED; it is further

ORDERED that plaintiff's unopposed Motions [32] and [33] for Extensions of Time to Complete Discovery are GRANTED. Discovery shall be completed no later than June 30, 2008.

SO ORDERED.


Signed by Chief Judge Royce C. Lamberth on June 11, 2008.