UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN C. PRESTON )<br>Administrator, Small Business )<br>Administration, )<br>)<br>Defendant. )<br>_____ ) | Civ. No. 06-1418 (RCL) |

FILED
JUN 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of plaintiff's unopposed Motion [33] for Issuance of Subpoena commanding Jeffrey Pierson to appear at the taking of a deposition, it is hereby

ORDERED that plaintiff's motion is GRANTED. The Clerk shall provide a copy of the attached subpoena to Same Day Process Services, 1322 Maryland Avenue, N.E., Washington D.C. 20002.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on June 11, 2008.