UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN C. PRESTON, )<br>Administrator, Small Business )<br>Administration, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1418 (RCL)<br>ECF |

**Joint Motion to Amend Scheduling Order**

Plaintiff Roger O. Pederson and Defendant Steven C. Preston, through undersigned counsel, respectfully move this Court pursuant to Fed. R. Civ. P. 16(b) to modify the existing schedule for the briefing of dispositive motions. On June 11, 2006, the Court granted Plaintiff's Motion for Extension of Time to Complete Discovery, extending the deadline to complete discovery to June 30, 2008. However, no amendment to the scheduling order for the briefing of dispositive motions was proposed. A Proposed Order incorporating the Parties' proposed modifications to the scheduling order is attached.

Dated: July 21, 2008

                                                                        Respectfully submitted,

_/s/_____       _/s/_____
ROGER O. PEDERSON pro se      JEFFREY A. TAYLOR, D.C. Bar #498610
689 Lafayette Road, #B5-A12      United States Attorney
Sea Brook, NH 03874

                                                                        _/s/_____
                                                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                                                        Assistant United States Attorney

                                                                        _/s/_____
                                                                        MEGAN M. WEIS
                                                                        Special Assistant U.S. Attorney
                                                                        United States Attorney's Office
                                                                        Civil Division
                                                                        555 4th Street, NW
                                                                        Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**ROGER O. PEDERSON,**            )
                                  )
        **Plaintiff,**       )
                                  )
**v.**                            )
                                  )   **Civil Action No. 06-1418 (RCL)**
**STEVEN C. PRESTON,**            )   **ECF**
**Administrator, Small Business** )
**Administration,**               )
                                  )
        **Defendant.**       )
_____)

## **PROPOSED ORDER**

Upon consideration of the parties' Joint Motion to Amend Scheduling Order and, and for good cause shown, it is **ORDERED** that

1. Dispositive Motions shall be filed on or before September 5, 2008;

3. Oppositions, if any, to Dispositive Motions shall be filed on or before October 20, 2008;

4. Replies to Oppositions to Dispositive Motions shall be filed on or before by November 10, 2008.

It is **SO ORDERED** this _____ day of _____ 2008.
.

                                    _____
                                    HON. ROYCE C. LAMBERTH
                                    Chief Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July 2008 a true and correct copy of the above Joint Motion to Amend Scheduling Order and Proposed Order were sent via first class U.S. Mail, postage pre-paid to:

ROGER O. PEDERSON pro se
689 Lafayette Road, #B5-A12
Sea Brook, NH 03874

                                   __/s/_____
                                    MEGAN M. WEIS
                                    Special Assistant United States Attorney
                                    Civil Division
                                    555 Fourth Street, NW
                                    Washington, D.C.  20530