UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROGER O. PEDERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-1418 (RCL) |
| **STEVEN C. PRESTON,** ) | |
| **Administrator, Small Business** ) | |
| **Administration,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of the parties' Joint Motion to Amend Scheduling Order and, and for good cause shown, it is **ORDERED** that

1. Dispositive Motions shall be filed on or before September 5, 2008;

3. Oppositions, if any, to Dispositive Motions shall be filed on or before October 20, 2008;

4. Replies to Oppositions to Dispositive Motions shall be filed on or before by November 10, 2008.

It is **SO ORDERED** this 22nd day of July 2008.

.

_____
HON. ROYCE C. LAMBERTH
Chief Judge