UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**ROGER O. PEDERSON,**            )
                                  )
   **Plaintiff,**   )
                                  )
v.                                )
                                  )   Civil Action No. 06-1418 (RCL)
**STEVEN C. PRESTON,**            )
**Administrator, Small Business** )
**Administration,**               )
                                  )
   **Defendant.**   )
_____)

### ORDER

Upon consideration of the parties' Joint Motion to Amend Scheduling Order and, and for good cause shown, it is **ORDERED** that

1. Dispositive Motions shall be filed on or before September 5, 2008;

3. Oppositions, if any, to Dispositive Motions shall be filed on or before October 20, 2008;

4. Replies to Oppositions to Dispositive Motions shall be filed on or before by November 10, 2008.

It is **SO ORDERED** this 22nd day of July 2008.

.

           _____/s/_____
           HON. ROYCE C. LAMBERTH
           Chief Judge