UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>SANDY K. BARUAH )<br>Acting Administrator, Small )<br>Business Administration, )<br>)<br>        Defendant. )<br>) | Civil Action No. 06-1418 (RCL)<br>ECF |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant, Sandy K. Baruah, Acting Administrator, Small Business Administration ("Defendant" or "Agency"), by and through undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time of 21 days up to, and including, September 26, 2008, to file a motion for summary judgment in this case, which alleges discrimination under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 623 et seq., as amended and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq., based on age, race, and gender. Defendant's motion for summary judgment is currently due on September 5, 2008, pursuant to the Court's Order dated July 22, 2008. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, undersigned counsel attempted to confer with Plaintiff, who is appearing pro se, in this matter, via electronic-mail on September 3, 2008, but was unable to reach Plaintiff. A proposed order is attached for the Court's convenience.

There is good cause for the Court to grant this Motion. Undersigned has recently been assigned as co-counsel in a case that is set for trial September 15-19, 2008. Counsel, therefore, has recently had to allocate a majority of her time to filing pre-trial motions, preparing for and attending the pre-trial conference, and preparing documents and witnesses for trial. Moreover, counsel has deposed both a Plaintiff and Plaintiff's expert in another matter this week. Lastly, counsel filed a motion to dismiss in yet another case last Thursday, August 28, 2008. These reasons, unfortunately, have prevented undersigned from being able to properly coordinate with agency counsel to complete a proper dispositive motion for filing with the Court in the time allotted. Defendant intends to direct full her attention to this motion for summary judgment upon completion of the trial and will file it no later than September 26, 2008.

WHEREFORE, Defendant respectfully requests an enlargement of time of 21 days to file a motion for summary judgment.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


__ /s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


__/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 Fourth Street, NW
Washington, D.C. 20530
(202) 514-5134

September 3, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON,  )  )  Plaintiff,  )  )  v.  )  )  SANDY K. BARUAH  )  Acting Administrator, Small  )  Business Administration,  )  )  Defendant.  )  ) | Civil Action No. 06-1418 (RCL)  ECF |

## [PROPOSED] ORDER

Upon Consideration of the Defendant's Motion for Enlargement of Time to File Motion for Summary Judgment, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that:

Defendant's Motion for Summary Judgment shall be filed on or before September 26, 2008.

Plaintiff's Opposition shall be filed on or before October 31, 2008.

Defendant's Reply shall be filed on or before by November 21, 2008.

_____
Hon. Royce C. Lamberth
Chief Judge

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by electronic mail as well as

First-Class mail, postage prepaid, to:

ROGER O. PEDERSON pro se
689 Lafayette Road, #B5-A12
Sea Brook, NH 03874
pedersonr@comcast.net

on this 3rd day of September, 2008.

                                          ___/s_____
                                          MEGAN M. WEIS
                                          Special Assistant United States Attorney