UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 06-1418 (RCL)<br>SANDY K. BARUAH, )<br>Acting Administrator, Small Business )<br>Administration )<br>)<br>Defendant. )<br>_____) | |

## PLAINTIFF'S MOTION OPPOSING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Plaintiff Roger O. Pederson files this motion in opposition to Defendant's Motion for Enlargement of Time to File Motion for Summary Judgment, and respectfully moves the Court for an enlargement of time for only seven days, up to and including September 12, 2008. The Plaintiff certifies that he attempted to resolve the issue with Defendant to reach agreement, but was unsuccessful. (Exhibit, Email of Weis to Pederson dated September 4, 2008.)

Defendant requested in its motion for enlargement of time that its Motion for Summary Judgment shall be filed on or before September 26, 2008, or 21 days later that its original due date of September 5, and that Plaintiff's Opposition shall be filed on or before October 31, 2008, or 11 days later than its original due date of October 20. Those changes significantly disadvantage the pro se Plaintiff based on his full-time work schedule duties as a bank examiner to which he must attend, particularly with an upcoming assignment away from home in Pittsburgh from October 20

RECEIVED
SEP 5 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

through November 21, 2008, that would encumber Plaintiff's reply under Defendant's requested extensions. Entrance date for that bank examination and on-site dates October 20 through November 21, 2008, have already been established with Plaintiff's work group and bank officials, and for Plaintiff's part, he relied on the due dates to which Defendant had agreed. Plaintiff anticipates the need to spend a significant amount of time responding to Defendant's motion for summary judgment prior to that October 20, 2008 date, working on it during evenings after his normal workday and duties, and, as pro se Plaintiff is without access to legal research computer programs such as Westlaw, using local law library books for research if necessary.

Defendant states in its motion that its request has good cause, in part, because its counsel has recently been assigned as co-counsel in another case. However, that assignment and reason is an internal decision by Defendant or Department of Justice, completely under control of Defendant or DOJ and such decisions and actions by Defendant should not be justification for disadvantaging Plaintiff and justice delayed. Defendant also states as reason for the extension, that counsel filed a motion to dismiss in yet another case August 28, 2008. However, Defendant's filing of dispositive motion during that timeframe was already considered and used as reason for the parties earlier agreeing on a September 5th rather than September 1st due date. (Exhibit, Email of Weis to Pederson July 18, 2008.)

Discovery in this case ended on June 30, 2008, giving Defendant more than two months to prepare and file its Motion for Summary Judgment. Instead, Defendant waited until two days before the September 5th deadline to notify Plaintiff that Defendant wanted another 21 days, and then on that same day just a few hours later without waiting for Plaintiff's reply, filed its motion.

In an effort to be cooperative, Plaintiff has informed Defendant that he is willing to grant an extension of seven days for Defendant to file its Motion for Summary Judgment, which Defendant has not accepted. Plaintiff believes that this seven day extension is a reasonable timeframe given that Defendant has had over two months from close of discovery to prepare and file its motion for summary judgment, Defendant's earlier anticipation of filing its other dispositive motion in its other case, assignments initiated and within control of Defendant and Department of Justice, and earlier timeframes agreed to by the parties and relied upon by the Plaintiff.

WHEREFORE, Plaintiff respectfully requests that the Defendant's request for enlargement of time of 21 days to file a motion for summary judgment be denied, and that Defendant be granted an enlargement of time of only seven days.

Date: September 4, 2008

Respectfully submitted,

_____
Roger O. Pederson
689 Lafayette Road # B5-A12
Seabrook, NH 03874

Plaintiff Pro Se

# Exhibit

*Emails*

|  |  |
|---|---|
| From: | "Weis, Megan (USADC)" <Megan.Weis@usdoj.gov> |
| To: | <pedersonr@comcast.net> |
| Subject: | RE: Pederson: Scheduling Order |
| Date: | Thursday, September 04, 2008 8:05:14 AM |

Hi Mr. Pederson,
 Defendant can not agree to a seven day extension. As stated in my below
email and motion I have trial September 15-19th which will require my
attention to prepare for the prior week. However I am willing to be
flexible with the opposition and reply dates.  I apologize I could not
wait for your consent, but local Rule 7 simply states that the parties
must attempt to contact each other. I will be in a deposition all day
today and will try to check my email at the end of the day and will be
out of the office tomorrow.
-megan
-----Original Message-----
From: pedersonr@comcast.net [mailto:pedersonr@comcast.net]
Sent: Thursday, September 04, 2008 7:40 AM
To: Weis, Megan (USADC)
Subject: RE: Pederson: Scheduling Order

Ms. Weis,

I am unable to consent to the new dates because of my work-related time
commitments that includes a travel assignment scheduled for October 20
through mid-November, and a change to the the dates we had agreed to
would disadvantage me for responding to a Motion for Summary Judgment.
In the spirit of cooperation, however, I would be willing to consent to
a seven day extension.

Roger Pederson


-------------- Original message ---------------------
From: "Weis, Megan (USADC)" <Megan.Weis@usdoj.gov>
> Hi Mr. Pederson,
>
> Defendant would appreciate your consent to a 21 day extension to file
> its Motion for Summary Judgment (to be due September 26, 2008). I was
> recently appointed to a case going to trial the week of September 15th

> in which I need to prepare and I conducted two deposition this week. I

> would propose the opposition to then be due October 31, 2008, and the
> reply on November 21, 2008.  Defendant would greatly appreciate your
> consent.
>
> Thanks,
>
> Megan
>
>
>

>
>
> From: pedersonr@comcast.net [mailto:pedersonr@comcast.net]
> Sent: Tuesday, July 22, 2008 2:56 PM
> To: Weis, Megan (USADC)
> Subject: RE: Pederson: Scheduling Order
>
>
>
> Ms. Weis,
>
> A copy sent to only my New Hampshire address would be fine, unless
> there is something I need to physically sign and return within the
> next few weeks. (For anything that I would need to physically sign
> and return between now and mid-August, my temporary address is Spring
> Hills Suite Marriott, 1800 Yale Avenue, Seattle, Washington 98101.)
>
>
>
> One other thing is the caption that Mr. Gery mentioned might be
> changed, based on Steven Preston no longer being the Administrator of
> SBA. I that something that we should change now? Also to follow-up
> our earlier conversation, is there something I should do now regarding

> payment to Mr. Pierson to reimburse his travel expenses to the
deposition?
>
> Thanks,
>
> Roger
>
>
>
> -------------- Original message --------------
> From: "Weis, Megan (USADC)" <Megan.Weis@usdoj.gov>
>
> Hi Mr. Pederson,
>
> I have attached the proposed amended scheduling order that I
will
> file with the court today. If you could please provide me with your
> address in Seattle I will mail you a copy as well.
>
> Thanks,
>
> Megan
>
>
>
> From: pedersonr@comcast.net [mailto:pedersonr@comcast.net]
> Sent: Friday, July 18, 2008 3:33 PM
> To: Weis, Megan (USADC)
> Subject: RE: Pederson: Scheduling Order

> `
> >
> >
> >
> > Thanks. If there is anything regarding it that I need to receive by
> > mail to sign or attend to, please let me know and I will provide you
> > with my temporary address in Seattle where I will be for the next few
> > weeks.
> >
> > - Roger
> >
> > -------------- Original message --------------
> > From: "Weis, Megan (USADC)" <Megan.Weis@usdoj.gov>
> >
> > Thanks. I will draft up a proposed scheduling order and file it with
> > the Court on Monday. Have a nice weekend.
> >
> > _Megan
> >
> >
> >
> > From: pedersonr@comcast.net
> > [mailto:pedersonr@comcast.net]
> > Sent: Friday, July 18, 2008 3:18 PM
> > To: Weis, Megan (USADC)
> > Subject: RE: Pederson: Scheduling Order
> >
> >
> >
> > Ms. Weis,
> >
> >
> >
> > Yes, those due dates of September 5, 2008 for dispositive motions,
> > October 20, 2008 for oppositions, and November 10,
> > 2008 for replies work for me.
> >
> > Thanks,
> >
> >
> >
> > Roger Pederson
> >
> >
> >
> > -------------- Original message --------------
> > From: "Weis, Megan (USADC)"
> > <Megan.Weis@usdoj.gov>
> >
> > Hi Mr. Pederson,
> >

>         I am generally agreeable to that timeline.
> Though I would ask because September 1, 2008 is a holiday and I have
> another dispositive motion due in that time that we make dispositive
> motions due September 5, 2008, oppositions due October 20, 2008 and
> replies November 10, 2008. Please let me know if that works for you.
>
>         Thanks,
>
>         Megan
>
>
>
>         From: pedersonr@comcast.net
> [mailto:pedersonr@comcast.net]
>         Sent: Thursday, July 17, 2008 5:53 PM
>         To: Weis, Megan (USADC)
>         Subject: Re: Pederson: Scheduling Order
>
>
>
>         Ms. Weis,
>
>
>
>         I would prefer dates for dispositive motions due
around September
> 1, 2008, responses due October 15, 2008, and replies around November
> 5, 2008.  I have extensive travel assignments through September (in
> Seattle now through mid-August, then Chicago), so the those dates
> would give me a window to work in.  Would those dates be agreeable to
> you?
>
>
>
>         Roger Pederson
>
>
>
>         -------------- Original message
> --------------
>         From: "Weis, Megan (USADC)"
> <Megan.Weis@usdoj.gov>
>
>         Hi Mr. Pederson,
>
>         I noticed that in that last motion to
extend discovery an amended
> scheduling order for dispositive motions was not attached. Therefore,
> I propose that we issue a Joint Amended Scheduling order with the
> court so we can timely proceed with this case.
> I propose that dispositive motions be due on August 14, 2008,
> responses due September 15, 2008 and replies October 6, 2008. Please
> let me know if you are agreeable to those dates and I will file a

```
     >
     > motion with the court.
     >
     >                Thanks,
     >
     >                Megan
     >
     >
```

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by electronic mail as well as FedEx to:

MEGAN M. WEIS,
Special Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Megan.Weis@usdoj.gov

on this 4th day of September, 2008

                                                   Roger O. Pederson
                                                   689 Lafayette Road #B5-A12
                                                   Seabrook, NH 03874

                                                   Plaintiff Pro Se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER O. PEDERSON,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>SANDY K. BARUAH,  )<br>Acting Administrator, Small Business  )<br>Administration  )<br>)<br>Defendant.  )<br>_____) | Civil Action No. 06-1418 (RCL) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion in Opposition to Defendant's Motion for Enlargement of Time to File Motion for Summary Judgment, it is **ORDERED** that Plaintiff's Motion is **GRANTED**. It is further ordered that:

Defendant's Motion for Summary Judgment shall be filed on or before September 12, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.


_____
Hon. Royce C. Lamberth
Chief Judge